UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN SNELLING, | )<br>) |
| Plaintiff, | )<br>)   2:13-cv-00795-APG-PAL |
| vs. | )<br>) |
| CLARK COUNTY JAIL WARDEN, *et al.*, | )   **ORDER**<br>) |
| Defendants. | )<br>) |

  This action is a *pro se* civil rights complaint submitted pursuant to 42 U.S.C. § 1983 by an inmate. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the complaint. Plaintiff must either submit the filing fee or submit an application to proceed *in forma pauperis* when initiating an action in this Court. As such, this action is dismissed without prejudice, as specified below.

  **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of a new complaint in a new action, with a proper *in forma pauperis* application in compliance with 28 U.S.C. § 1915(a).

  **IT FURTHER IS ORDERED** that the Clerk of the Court **SHALL SEND** plaintiff two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two copies of a blank 42 U.S.C. § 1983 prisoner civil rights form, and one copy of instructions for

1  the same. The Clerk of Court **SHALL SEND** plaintiff a copy of the complaint submitted in this
2  action.
3      **IT IS FURTHER ORDERED** that plaintiff may file a new complaint and *in forma pauperis*
4  application in a new action, but he may not file further documents in this action.
5      **IT IS FURTHER ORDERED** that the Clerk of the Court **SHALL ENTER JUDGMENT**
6  accordingly.
7      **IT IS FURTHER ORDERED** that this Court **CERTIFIES** that any *in forma pauperis*
8  appeal from this order would **not** be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).
9      Dated this 9th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE